**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| William J. Kawam, *individually and on behalf of all others similarly situated*, <br><br>          Plaintiff, <br><br>v. <br><br>Dennis J. Stilger, P.S.C., *et al.*, <br><br>          Defendants. | Case No. 3:16-CV-824-DJH |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of all claims in this matter with prejudice.

Respectfully submitted,

| | |
|---|---|
| *s/ James McKenzie (by JSM w/ permission)* | *s/ Jeffrey S. Moad* |
| James R. McKenzie | Matthew A. Breetz |
| James R. McKenzie Attorney, PLLC | Chadwick A. McTighe |
| 115 S. Sherrin Ave., Suite 4 | Jeffrey S. Moad |
| Louisville, KY 40207 | STITES & HARBISON PLLC |
| Tel: (502) 371-2179 | 400 West Market Street, Suite 1800 |
| Fax: (502) 473-6561 | Louisville, KY 40202-3352 |
| Email: jmckenzie@jmckenzielaw.com | Tel: (502) 587-3400 |
| | Email: mbreetz@stites.com |
| James H. Lawson |           cmctighe@stites.com |
| Lawson at Law, PLLC |           jmoad@stites.com |
| 115 S. Sherrin Ave., Suite 4 | |
| Louisville, KY 40207 | *Counsel for Defendants* |
| Tel: (502) 473-6525 | |
| Fax: (502) 473-6561 | |
| Email: james@kyconsumerlaw.com | |

*Counsel for Plaintiff*

## Certificate of Service

I hereby certify that I served the foregoing document on all counsel of record through CM/ECF on April 4, 2017.

                                                          _/s/ Jeffrey S. Moad_
                                                          Counsel for Defendants