UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

WILLIAM J. KAWAM,                                                                                           Plaintiff,

v.                                                                                    Civil Action No. 3:16-cv-824-DJH

DENNIS J. STILGER, P.S.C. and DENNIS J.
STILGER,                                                                                                 Defendants.

\* \* \* \* \*

## ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 13) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket. All dates and deadlines set in this matter are **VACATED**.

April 5, 2017

David J. Hale, Judge
United States District Court